UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MONTRAY AVENT**<br><br>*Defendant.* | Case: 1:25-mj-00260<br>Assigned To: Judge Sharbaugh, Matthew J.<br>Assign. Date: 11/5/2025<br>Description: COMPLAINT W/ARREST WARRANT<br><br><u>UNDER SEAL</u> |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT & ARREST WARRANT**

I, Thomas Sullivan, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging MONTRAY AVENT with advertisement of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2251(d).

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

**AFFIANT BACKGROUND**

4. I am a Detective with the Metropolitan Police Department of the District of Columbia (MPDC). I have been employed by the MPDC since 2009. I am currently assigned as

a Special Deputy United States Marshal to the Federal Bureau of Investigation (FBI) / MPDC Child Exploitation Task Force (CETF) and Northern Virginia Regional Internet Crimes Against Children (ICAC) Task Force, where my duties include investigating cases pertaining to the sexual exploitation of children and online offenses involving children, including the production, advertisement, transportation, distribution, receipt, and possession of child pornography. During my tenure with the MPDC, I have been assigned to the Third District Patrol Operations, Third District Crime Suppression Team, Third District Vice Unit, Homeland Security Bureau Intelligence Fusion Unit, and, since 2013, to the Youth and Family Services Division (YFSD) where I worked in the Physical and Sexual Abuse Branch (PSAB) prior to being assigned to the task force. I have gained experience through training with the MPDC and in my everyday work related to conducting these types of investigations. Moreover, I am a law enforcement officer who is engaged in enforcing criminal laws, including offenses in violation of 18 U.S.C. § 2251(d) "Advertisement of Child Pornography," 18 U.S.C. § 2252(a)(2)(A) "Distribution of Child Pornography," and 18 U.S.C. § 2252(a)(4)(b)(i) "Possession of Child Pornography." As such, I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It

does not set forth all of my knowledge, or the knowledge of others, about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2251(d) (the "Target Offense") have been committed by MONTRAY AVENT ("the Subject") and others known and unknown.

## PROBABLE CAUSE

7. The National Center for Missing and Exploited Children (NCMEC) is a non-profit 501(c)(3) organization that serves as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited children. NCMEC operates a CyberTipline and Child Victim Identification Program. Through the Cyber Tipline, Internet Service Providers (ISP), Electronic Service Providers (ESP), and individual persons may notify NCMEC of online child sexual abuse images. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement agencies.

8. On June 24, 2025, an employee of Dropbox Inc. reported that a Dropbox user had uploaded two files of suspected child sexual abuse material (CSAM) on June 24, 2025, to their Dropbox account which had been accessed from an internet protocol (IP) address of 207.172.94.150 (RCN Telecom Services). This information was documented by NCMEC as NCMEC Cybertip #214767794.

9. Dropbox advised that the accounts username is "B B" and had been created on June 24, 2025, with a verified email address of Freebandyn@gmail.com. The Dropbox account user identification is 2613821201.

10. Dropbox reported that the two files of suspected CSAM had been reviewed by an

employee of Dropbox prior to submission to NCMEC. Your affiant reviewed the content provided by Dropbox and observed the following,

    a. 46cbd544be12d658531f6db22a1f3ed6: A five minute and seven-second-long video that shows an adult female sitting completely nude next to a completely nude prepubescent boy. The boy is observed penetrating the female's genitals and eventually the woman penetrates her own mouth with the penis of the boy.

    b. 0e46c6c399bc7a5795b77fc3e2a2cc6f: A five minute and six-second-long video that that shows a close view of a prepubescent girl's genitals. The child is observed penetrating her genitals with her fingers and manipulating the genitals to expose them to the camera

11. On September 3, 2025, an administrative subpoena was issued by a member of the Federal Bureau of Investigation (FBI) to RCN Telecom Services for subscriber information related to 207.172.94.150.

12. On September 3, 2025, an administrative subpoena was issued by a member of the FBI to Google for subscriber information and IP logs related to Freebandyn@gmail.com.

13. On September 18, 2025, Google reported that Freebandyn@gmail.com had been created on April 25, 2025, from the IP address of 207.172.94.150. The user had not provided any additional identifying information but had been accessed from 207.172.94.150 numerous times from creation until August 27, 2025

14. On September 18, 2025, RCN Telecom Services reported that the account is registered to Monica Avent of XXX Wahler Place Southeast, Washington, D.C. 20032. RCN Telecom services indicated that the account had been active since February 22, 2025. Through

subsequent investigation, it appears that Monica Avent is the mother of MONTRAY AVENT.

15. Your affiant conducted a records check of the IP address of 207.172.94.150 through a law enforcement only database used to store and deconflict NCMEC Cybertips. Your affiant subsequently located the following NCMEC Cybertips which were all linked to the IP address of 207.172.94.150.

### NCMEC Cybertip #209254929

16. On April 13, 2025, an employee of X Corp (Twitter) reported that the X Corp account of "Brashpyt (1911288156638339072)" had uploaded suspected CSAM to the X Corp Servers. The user had created the account with an email address of Bray314@yahoo.com on April 13, 2025, and had last accessed the account the same day from an IP address of 207.172.94.150.

17. An X Corp employee reported that the user had posted a tweet that included a file viewable with the tweet. The tweet stated, "☀ #nsfwtwt #pyt #youngpyt #horny #sellingvideos #sellingcontent." "Pyt" commonly stands for "pretty young things" and is commonly used by individuals with a sexual interest in children, however, it can also refer to young individuals above the age of 18. The tweet included one uploaded file of suspected CSAM to the X Corp servers. X Corp advised that an employee had reviewed the file prior to submission to NCMEC. The file was reviewed, and the following was observed,

    a. ba89a130d713aca772f8f69a27f2d734: The file is a one-minute-long video that shows two completely nude pubescent females standing in front of a camera. The children are observed without pubic hair and have underdeveloped breasts. Both children are seen penetrating their own genitals

with their fingers during the video.

### NCMEC Cybertip #209677445

18. On April 20, 2025, an employee of X Corp (Twitter) reported that the X Corp account of "Pytuser000 (1913711174459510784)" had uploaded suspected CSAM to the X Corp Servers. The user had created the account with an email address of 66hats@Duck.com on April 19, 2025, and had last accessed the account on April 20, 2025, from an IP address of 207.172.94.150.

19. An X Corp employee reported that the user had posted a tweet which included a file viewable with the tweet. The tweet stated, "dm me for file over 600+ videos #pyt #realpyt #sellingcontent #bored #younggirl." The tweet included one uploaded file of suspected CSAM to the X Corp servers. X Corp advised that an employee had reviewed the file prior to submission to NCMEC. NCMEC indicated that the reported file was "…UNFAMILIAR and may depict NEWLY PRODUCED and/or HOMEMADE CONTENT." The file was reviewed, and the following was observed,

   a. 79db9f003a0b8d60483bbf5ae8908ab2: The file is a forty-eight-second-long video that shows a nude child from the waist down laying on her stomach on a mattress. The child appears to be prepubescent based on the child's body size and face profile. The erect penis of an adult male is visible above the child and subsequently rubbed against the child's genitals and anus. The camera pans out as the adult male is masturbating and the back of the child's head is visible.

### NCMEC Cybertip #209677997

20. On April 20, 2025, an employee of X Corp (Twitter) reported that the X Corp account of "Vashmotion (1911408649894764545)" had uploaded suspected CSAM to the X Corp

Servers. The user had created the account with an email address of Babyzracks@Gmail.com on April 13, 2025, and had accessed the account on April 19, 2025, from an IP address of 207.172.94.150.

21. An X Corp employee reported that the user had posted a tweet which included a file in the tweet. The tweet stated, "$25 pyt dropbox 600-700 videos #pyt #youngpyt #youngteen #teenthot." The tweet included one uploaded file of suspected CSAM to the X Corp servers. X Corp advised that an employee had reviewed the file prior to submission to NCMEC. The file was reviewed, and the following was observed,

    a. 97866c03fef1935f7e81ce5477b70aa3: The file is a twenty-six-second- long video that shows a screen recording of what appears to be a cloud storage account. The account is labeled, "PYT COMBINED 🔞" and has a visible folder labeled, "Blackk child porn." The screen recording also displays numerous thumbnails of videos of what appears to be various predominantly pubescent young females engaged in sexual acts, sexual contacts, and/or lewd / lascivious displays of their genitals.

### NCMEC Cybertip #209792881

22. On April 22, 2025, an employee of X Corp (Twitter) reported that the X Corp account of "liegepyt (1914129959221649408)" had uploaded suspected CSAM to the X Corp Servers. The user had created the account with an email address of Exert-false-study@Duck.com on April 21, 2025, and had accessed the account on April 21, 2025, from an IP address of 207.172.94.150.

23. An X Corp employee reported that the user had posted numerous tweets with files of suspected CSAM indicating the user was selling CSAM to include, "if my page get deleted I'm

making a new one but dm me to buy 😘 #pyt #ebony #freakyteen #schoolthot #ebonypyt #blackpyt #pytthot #ebonythot #thot #youngslut #youngpyt." In total, seven files of potential CSAM were uploaded to the X Corp servers and included in the public tweets. X Corp advised that an employee had reviewed the file prior to submission to NCMEC. One file was reviewed, and the following was observed,

    a. 6470978fbc59d0147391f09a6aded6c3: The file is an eleven-second-long video that shows what appears to be a prepubescent male penetrating the genitals or anus of another child. The video has a large pizza emoji placed on the middle of the screen.

### NCMEC Cybertip #211561950

24. On May 6, 2025, an employee of X Corp (Twitter) reported that the X Corp account of "PytUser0000 (1915631439367790597)" had uploaded suspected CSAM to the X Corp Servers. The user had created the account with an email address of Backdoorslimee@Gmail.com on April 25, 2025, and from the IP address of 207.172.94.150.

25. An X Corp employee reported that the user had posted numerous tweets with files of suspected CSAM indicating the user was selling CSAM to include, "dm me to buy videoed or files before page get deleted #nsfw #youngpyt #youngthot." In total three files of suspected CSAM were uploaded to the X Corp servers and included in the public tweets. X Corp advised that an employee had reviewed the file prior to submission to NCMEC. The files were reviewed, and the following file was observed,

    a. 5cfed7c6b0c605c709cac05c82b79424: The file is a thirty-two-second-long video that shows a pubescent female penetrating her mouth with the erect penis of a prepubescent boy who is nude from the waist down. The female is nude

with her breast exposed to the camera.

### NCMEC Cybertip #211621685

26. On May 7, 2025, an employee of X Corp (Twitter) reported that the X Corp account of "pytuserr0 (1919860212053508098)" had uploaded suspected CSAM to the X Corp Servers. The user had created the account with an email address of Freebandsx6@icloud.com on May 6, 2025, and from the IP address of 207.172.94.150.

27. An X Corp employee reported that the user had posted numerous tweets indicating the user was selling CSAM to include, "dm me for files #nsfwtwt #youngpyt #youngteen" and had uploaded one file of suspected CSAM to the X Corp servers. X Corp advised that an employee had reviewed the file prior to submission to NCMEC. The files were reviewed, and the following file was observed,

   a. 4757edc925d5cf95d12759ceb3d260a2: The file is a fifty-three-second-long video that shows a prepubescent male who is completely nude standing behind a prepubescent female who appears to be nude from the waist down. The boy is observed thrusting into the female's genitals or anus and manipulating his penis during the video.

### NCMEC Cybertip #212064475

28. On May 15, 2025, an employee of X Corp (Twitter) reported that the X Corp account of "Mspytuser1 (1922638777832611840)" had uploaded suspected CSAM to the X Corp Servers. The user had created the account with an email address of Kavanrx@aol.com on May 14, 2025, and from the IP address of 207.172.94.150.

29. An X Corp employee reported that the user had posted a tweet with a file including potential CSAM indicating the user was selling CSAM to include, "Lvl14 creaming 🎰 🎀 #pyt

#youngthot #youngteen #horny #blackteen #nsfwtwt #teenthot." The user had uploaded one file of possible CSAM to the X Corp servers. X Corp advised that an employee had reviewed the file prior to submission to NCMEC. The files were reviewed, and the following file was observed,

    a. 3ad141dce73aeb9d9f1e654e88f43653: The file is a thirty-one-second-long video that shows the close recording of a person penetrating a female's genitals with two of their fingers. The individual appears to be a teenager however it cannot be determined if she is a minor.

### NCMEC Cybertip #212732613

30. On May 26, 2025, an employee of X Corp (Twitter) reported that the X Corp account of "Msspytuser (1926266832807137280)" had uploaded suspected CSAM to the X Corp Servers. The user had created the account with an email address of 1doublerx@Gmail.com on May 24, 2025 from the IP address of 207.172.94.150.

31. An X Corp employee reported that the user had posted a tweet with a file including potential CSAM indicating the user was selling CSAM to include, "$11 file 🎁 🎀 #pyt #youngthot #youngteen #horny #blackteen #nsfwtwt #teenthot." The user had uploaded one file of suspected CSAM to the X Corp servers. X Corp advised that an employee had reviewed the file prior to submission to NCMEC. The files were reviewed, and the following file was observed,

    a. 1fa479c5f9bf288c6883b7f342537d02: The file is a twenty-two-second-long video that displayed a screen recording of what appears to be a cloud storage application on a cellular phone. The screen recording shows a folder within the cloud storage application labeled, "pytblack" and displays thumbnails of videos stored on the application. The thumbnails include what appear to be adults, teenagers, and prepubescent children engaged in sexual acts, sexual

contacts, and/or lewd/lascivious displays of their genitals. Specifically, one of the thumbnails is of a prepubescent boy nude from the waist down with an adult female nude from the waist down sitting on the boy's lap while he grasps the adult female by the hips.

**NCMEC Cybertip #212971162**

32.    On May 30, 2025, an employee of X Corp (Twitter) reported that the X Corp account of "mspytusarr (1927801091267383297)" had uploaded suspected CSAM to the X Corp Servers. The user had created the account with an email address of is4rps@gmail.com on May 28, 2025, from the IP address of 207.172.94.150, the IP address associated with the above-described Wahler Place address.

33.    An X Corp employee reported that the user had posted a tweet with a file including potential CSAM indicating the user was selling CSAM to include, "$11 file 🎰 🎀 #pyt #youngthot #youngteen #horny #blackteen #nsfwtwt #teenthot." The user had uploaded one file of suspected CSAM to the X Corp servers. X Corp advised that an employee had reviewed the file prior to submission to NCMEC. The file was reviewed and observed to be the same file distributed by the user in NCMEC CyberTip #212732613.

**NCMEC CyberTip #213220703**

34.    On May 30, 2025, an employee of X Corp (Twitter) reported that the X Corp account of "helovepyt (1928442698811531264)" had uploaded suspected CSAM to the X Corp Servers. The user had created the account with an email address of slimebeenlit@Gmail.com on May 30, 2025, from the IP address of 207.172.94.150.

35.    An X Corp employee reported that the user had posted a tweet with a file including potential CSAM indicating the user was selling CSAM to include, "$11 file 🎰 🎀 #pyt #youngthot

#youngteen #horny #blackteen #nsfwtwt #teenthot." The user had uploaded one file of suspected CSAM to the X Corp servers. The user had also stated in their profile "im back $13 to join gc 🍹 🎀 follow me they cant stop me Dm me to get files / links , custom videos , freaky ft , $13 to join and get Gc"

36. X Corp advised that an employee had reviewed the file prior to submission to NCMEC. The file was reviewed and observed to be the same file distributed by the user in NCMEC CyberTip #212732613 and NCMEC Cybertip #212971162.

### NCMEC CyberTip #213430829

37. On June 7, 2025, an employee of X Corp (Twitter) reported that the X Corp account of "mspytuser0 (1921937232879140864)" had uploaded suspected CSAM to the X Corp Servers. The user had created the account with an email address of Standonbands@Gmail.com on May 12, 2025 from the IP address of 207.172.94.150.

38. An X Corp employee reported that the user had posted a tweet with a file including potential CSAM indicating the user was selling CSAM to include, 📲 🎀 #pyt #youngthot #youngteen #horny #blackteen #nsfwtwt #teenthot." The user had uploaded one file of possible CSAM to the X Corp servers. The user had also stated in their profile "im back here to stay 🎀 500 followers ? Dm me for files , custom videos , Pyt videos every etc🎀 - girl owned 🎀 follow me"

39. X Corp advised that an employee had reviewed the file prior to submission to NCMEC. The file was reviewed and observed to be the following,

   a. 2aecf0c12b804ee74e9f0467d8ba68fe: The file is a one-minute and twenty-three-second-long video that displays a pubescent female standing in front of a camera completely nude. The girl has underdeveloped breasts and minimal

pubic hair. The child penetrates her genitals with purple hairbrush.

40. On September 18, 2025, your affiant requested that administrative subpoenas be issued by a member of the FBI for all of the above-referenced identified email accounts used to register the reported X Corp accounts.

41. On September 24, 2025, your affiant was provided with the requested email account records which predominantly indicated that the email accounts were created with no other identifying information besides being accessed from the IP address of 207.172.94.150.

42. However your affiant did find that the email address of Backdoorslimee@gmail.com which had been used to register the reported X Corp account reported in NCMEC CyberTip #211561950 had been registered with an email address of Montrayavent@Gmail.com and a phone number of 202-XXX-3011. The account was last accessed on August 24, 2025, from the IP address 207.172.94.150.

43. Your affiant conducted a records check of commercial, open source, and law enforcement only databases for subscribers linked to 202-XXX-3011 and found that an individual named MONTRAY AVENT (05-XX-2004) of XXX Wahler Place Southeast, Washington, D.C. 20032 was associated with the phone number.

44. On October 9, 2025, your affiant presented an affidavit in support of a search warrant to a United States District Court of the District of Columbia (USDC DC) Magistrate Judge for the following Dropbox account,

    a. 2613821201 (Dropbox User Number) / Freebandyn@gmail.com (Linked Email)

45. The USDC DC Magistrate Judge reviewed the affidavit and authorized a search for the listed account. Your affiant served a copy of the authorized search warrant on October 14,

2025, to Dropbox and Dropbox provided the requested production on October 16, 2025.

46.     On October 10, 2025, your affiant presented an affidavit in support of a search warrant to a United States District Court of the District of Columbia (USDC DC) Magistrate Judge for the following X Corp accounts,

a. Brashpyt (1911288156638339072)
b. Pytuser000 (1913711174459510784)
c. Vashmotion (1911408649894764545)
d. liegepyt (1914129959221649408)
e. PytUser0000 (1915631439367790597)
f. pytuserr0 (1919860212053508098)
g. Mspytuser1 (1922638777832611840)
h. Msspytuser (1926266832807137280)
i. mspytusarr (1927801091267383297)
j. helovepyt (1928442698811531264)
k. mspytuser0 (1921937232879140864)

47.     On October 21, 2025, your affiant presented an affidavit in support of a search warrant to a United States District Court of the District of Columbia (USDC DC) Magistrate Judge for the following Google accounts,

a. babyzracks@gmail.com
b. backdoorslimee@gmail.com
c. Freebandyn@gmail.com
d. 1doublerx@gmail.com
e. is4rps@gmail.com
f. slimebeenlit@gmail.com
g. Standonbands@gmail.com
h. Montrayavent@gmail.com

48.     Your affiant reviewed the contents of Dropbox account #2613821201 which was registered with the email address of Freebandyn@gmail.com. Your affiant reviewed the deleted files within the Dropbox production and found a photograph of a black male in a folder labeled "Camera Uploads." The photo is attached below, and a photograph of Montray Avent is next to it.

The male in the photo on the left uploaded to Dropbox appears to be Montray Avent.

 

49.     Your affiant also located an image that appears to be screenshots of files uploading to Dropbox.  The files are all labeled with the prefix "Nl & Pyt"[1] followed by a number and the phrase "Uploaded to Dropbox" below the file name.  One of the files shows two nude pubescent females kissing each other.  The thumbnail has a progress bar next to it that indicates the file was being uploaded and the file name, "Video June 24 2025, 12 59 32 PM."

50.     Your affiant reviewed the files that had not been deleted from the Dropbox account and located the file, "Video June 24 2025, 12 59 32 PM" within a folder labeled, "nl and pyt."  The video was reviewed by your affiant and found to show two completely nude girls engaged in the penetration of their anus, genitals, and mouth by sex toys, their fingers, and their mouths.  The girls appear to be pubescent with slight breast development but no pubic hair.  The girl's physical size

---

[1] Based on my experience, your affiant understands nl to be an abbreviation for "no limits" and pyt to be an abbreviation for "pretty young thing."  Both abbreviations are commonly used by individuals who are distributing, receiving, transporting, and/or possessing child sex abuse materials.

is also consistent with that of a minor child.

51. Your affiant found that the folder labeled, "nl and pyt" contained a total of one hundred and seventeen (117) files which were almost all video files displaying prepubescent, pubescent, or what appears to be post pubescent minor females engaged in sexual acts, sexual contacts, and/or lewd / lascivious displays of their genitals.

52. Your affiant reviewed the contents of the Google production for the account Freebandyn@gmail.com, which was the registration email address for the above-referenced Dropbox account containing child pornography, and found that it contained several video files of CSAM to include the video labeled "msgId1744111929628-1l0eoxbuiqs5e.mp4" within the Google Photos of the account. The video was reviewed and displayed a prepubescent female laying on her stomach with her pants pulled down and a towel on her upper body. The child's buttocks and genitals are covered in what appears to be male ejaculate and an adult male's erect penis is observed touching the child's buttocks.

53. Your affiant reviewed the email content and found an email sent to Freebandyn@gmail.com on April 27, 2025 which was labeled, "Welcome to Cash App Montray" from Cash App. The account Freebandyn@gmail.com appears to have also signed up for a United States Postal Service (USPS) account which sent previews of mail being sent to XXX Wahler Place Southeast, Washington, D.C. 20032. Among other addressees, some of the mail previewed is addressed to MONTRAY AVENT, including an email indicating mail received from the DC DMV on October 17, 2025 addressed to AVENT at the Washler Place address.

54. Your affiant reviewed the contents of the Google production for the account Backdoorslimee@gmail.com, the email address associated with the X account for Cybertip 211561950, and found that an email had been sent from the account to Montrayavent@gmail.com

on July 1, 2020. The email did not have a message or subject but contained seventeen attachments of screenshots of online banking transactions and information and photographs of what appears to be a minor female taking photographs of herself clothed in a bathroom. The affiant believes the female to be a minor based on her body size and facial appearance. The account also had an email from Google asking to verify Montrayavent@gmail.com as Backdoorslimee@gmail.com's backup email account.

55. Your affiant reviewed the contents of the Google production for the account of Montrayavent@gmail.com and located an email sent to the account on October 9, 2025, from the D.C. Department of Motor Vehicles (DMV) forwarding a temporary D.C Identification card to AVENT, which included as AVENT's address XXX Wahler Place SE, Washington, DC 20032.



56. Your affiant also located an email from Google to Montrayavent@gmail.com indicating an alert to a new sign in to the Google account Backdoorslimee@gmail.com from an Apple iPhone XS. The email alert was sent on May 4, 2025.

## CONCLUSION

57. For the reasons set forth above, I submit that probable cause exists to believe that between on or about April 13, 2025, and on or about June 7, 2025, while in the District of Columbia and elsewhere, AVENT knowingly advertised material involving the sexual exploitation of minors via the messaging application X (Twitter), in violation of 18 U.S.C. § 2251(d). I respectfully request that a criminal complaint be issued for AVENT.

Respectfully submitted,

_____
Thomas Sullivan
Detective
Metropolitan Police Department of D.C.

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 41 via telephone on November 5, 2025.

_____
HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE